# EXHIBIT "E"

E

Corporations ▾     Search Business Entities (corpsearch.aspx)

Search UCC Transactions (uccsearch.aspx)     Forms ▾

Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)

Register (../Account/Register_account)     Login (../Account/ValidateUser)

Search entity / **Select entity** / Order documents

# Select Business Entity

Search Results for term *Growth Horizons Inc* type: *Starting with*

Show [10] entries     Filter Records

Show [10] entries     Filter Records

| Business Entity Name | Name Type | Address | Entity Number | Entity Type | Status | Citizenship |
|---|---|---|---|---|---|---|
| Growth Horizons, Inc. | Prior Name | 120 Gibraltar Rd Ste 107 Horsham Montgomery PA 19040 | 688450 | Limited Liability Company | Active | Domestic |
| Growth Horizons, Inc. | Prior Name | 120 Gibraltar Rd Ste 107 Horsham Montgomery PA 19040 | 688450 | Business Corporation | Inactive | Domestic |
| Growth Horizons, LLC | Current Name | 120 Gibraltar Rd Ste 107 Horsham Montgomery PA 19040 | 688450 | Limited Liability Company | Active | Domestic |

120

| [Growth Horizons, LLC](#) | Current Name | 120 Gibraltar Rd Ste 107 Horsham Montgomery PA 19040 | [688450](#) | Business Corporation | Inactive | Domestic |

Showing 1 to 4 of 4 entries                                                                 Previous   1   Next

Showing 1 to 4 of 4 entries                                                                 Previous   1   Next

**Please click on an entity name or number for viewing details**

<< Back to Search