**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| MARTIN SATURN, | : |
| Plaintiff, | : |
| | : |
| v. | :          Civil No. 5:20-cv-04087-JMG |
| | : |
| SALISBURY BEHAVIORAL HEALTH, LLC, | : |
| *et al.*, | : |
| Defendants. | : |

_____

## **ORDER**

**AND NOW,** this 2nd day of February, 2021, upon consideration of Plaintiff Martin

Saturn's Notice of Voluntary Dismissal Without Prejudice (ECF No. 14), it is hereby

**ORDERED** that the above-captioned case is **DISMISSED without prejudice** pursuant to

Federal Rule of Civil Procedure 41(a)(1)(i).

The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.


BY THE COURT:


*/s/ John M. Gallagher*_____
JOHN M. GALLAGHER
United States District Court Judge